NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| THOMAS ANDREW DELGADO, DOC #T10864, | ) ) ) |  |
| Appellant, | ) ) |  |
| v. | ) ) | Case No. 2D18-4410 |
| STATE OF FLORIDA, | ) ) |  |
| Appellee. | ) ) ) |  |

Opinion filed November 1, 2019.

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Frank Quesada, Judge.

Thomas Andrew Delgado, pro se.

PER CURIAM.

Affirmed.

KELLY, LaROSE, and BLACK, JJ., Concur.